# Superior Court of the District of Columbia

## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

06-45M
DCW-30-01
※USW 15.9301
USW No.:
DCW 32-00

| DEFENDANT'S NAME: Byrd, Mary Jane | | | | CCR: 634-143 | | | PDID: |
|---|---|---|---|---|---|---|---|
| SEX: Female | RACE: Black | D.O.B. -70 | HEIGHT: 5'6 | WEIGHT: 125 | EYES: Brown | HAIR: Black | COMPLEXION: |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: Unknown |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: Unknown |

**REDACTED**

| COMPLAINANT'S NAME: Carl B. Dodd | | |
|---|---|---|
| LOCATION OF OFFENSE: | DATE OF OFFENSE: 6-8-93 | TIME OF OFFENSE: |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On 7-12-93 the complainant was awarded visitation of his minor 4 year old child pursuant to the D.C. Superior Court order no. DR 1686-92c issued by Judge Mitchell-Rankin. On 10-27-93 the defendant was held in contempt for failure to allow the complainat extended visitation of his minor child as ordered on 7-12-93. The defendant was not present at this hearing on 10-27-93 and the court issued a warrant for the defendant which is now invalid.

On 1-4-94 the complainant was awarded sole custody of the minor child pursuant to court order no. DR1686-92c The complainant has made numerous attempts to contact the defendant but all have met with negative results. The complainant was advised by the defendant's mother that both the defendant and the minor child have left the D.C. area.

A report for Parental Kidnapping is on file. Under D.C. code 16-1022(1) the defendant has denied the complainant the custody of the child pursuant to an order granted on 1-4-94 which grants him sole custody, by abducting, taking, or carrying away the child to prevent a lawfull custodian from exercising rights to custody of the child.

On 11-14-96 Judge Dorsey issued DC warrant 52-96 for a misdemeanor for the defendant which after one year expired. The defendant still remains at large outside of the District of Columbia and all results from both on line and off line Internet searches to the defendant and the minor child have been negative.
These actions have been continous for more than thirty(30) days regarding the custody of the minor child thereby making the defendant guilty of the felony penalty of D.C. code 16-1024.

Based upon the above facts the affiant respectfully request that a felony warrant be issued for the defendant.

FILED
APR 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

O: WARRANT CLERK
LEASE ISSUE A WARRANT FOR:

Mary Jane Byrd
large With: Parental Kidnapping

AFFIANT'S SIGNATURE:
X _Randall E. Along_

SUBSCRIBED AND SWORN TO BEFORE ME THIS
1st DAY OF September 2020

ASSISTANT UNITED STATES ATTORNEY
Corporation Counsel

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

m CD (17)-1050 Feb.82
2-16" wd-W2