*FILED IN OPEN*
*court 4/12/06 KJC*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,               )
                                        )
              Plaintiff,                )
                                        )
                                        )    CASE NO. 06-45M
        vs.                             )
                                        )
   **MARY BYRD**                        )
                                        )
              Defendant.                )

### O R D E R

    The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

    It is on this  **12**<sup>TH</sup>  day of  **APRIL**  , 2006,
*Chris Koyste*
ORDERED that **Penny Marshall, Esq.** from the Office of the Federal
Public Defender for the District of Delaware is hereby appointed
to represent said defendant in the cause until further order of
the Court.



_____
**Honorable Kent A. Jordan**
**United States District Judge**

FILED

APR 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney