AO 94 (Rev. 8/85) Commitment to Another District

*FILED IN OPEN COURT*
*4/12/06 KJC*

# United States District Court

_____ DISTRICT OF ___ DELAWARE _____

UNITED STATES OF AMERICA

V.

Mary Byrd

### COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER:  06-45 M

D.C. Code 16-1024

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _____ District of __Columbia__.

Brief Description of Charge(s):

D.C. CODE 16-1024(1) - PARENTAL KIDNAPPING.

> F I L E D
>
> APR 1 2 2006
>
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_____4/12/06_____
Date

_____
Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This commitment was received and executed as follows: | | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |