OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

April 18, 2006

Clerk of Court
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: USA v. Byrd
Case Number: 06-45M (MPT)
Charging District Case Number:

**Dear Clerk:**

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

E. Evette Watson
**Deputy Clerk**

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____ 9-6-06 _____ .
                                           (date)

_____
Signature

_____
Title